**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PEOPLE INC. a/k/a DOTDASH                 :
MEREDITH INC.,                            :      Case No.: 1:26-cv-01857
                                          :
                    Plaintiff,            :
                                          :
            v.                            :      [PROPOSED] **DEFAULT**
                                          :      **JUDGMENT**
INNOVATIVE EXCHANGE, LLC,                 :
                                          :
                    Defendant.            :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     This action having been commenced on March 9, 2026, by the filing of the Summons and Complaint [ECF Docs. 4 & 6], and true and correct copies of the Summons and Complaint having been personally served on Defendant, Innovative Exchange, LLC on March 25, 2026, by having a process server deliver a copy of the Complaint and Summons to Innovative Exchange, LLC, and proof of service having been filed with the Court on March 30, 2026 [ECF Doc. 8], and Innovative Exchange having failed to answer, appear, or otherwise defend in this action within the time permitted by law, and said default having been noted by the Clerk of this Court on April 20, 2026 [ECF Doc. 13], and there being no reason to delay entry of a default judgment against Innovative Exchange

     NOW, on application of People Inc., brought by its counsel, Carlton Fields, P.A., it is:

     **ORDERED AND ADJUDGED**, that judgment be and hereby is entered in favor of Plaintiff, People Inc., against Defendant, Innovative Exchange, LLC in the amount of $133,785.56, computed as follows:

     a.  $125,310.62 is due and owing from Innovative Exchange, LLC to People Inc. under the Agreement.

b. ~~$7,769.94 which is the amount of accumulated pre-judgment interest due on the amounts due under the Agreement through May 1, 2026, plus a per diem of $28.17 for each day after May 1, 2026, through the entry of the Default Judgment; and~~

c. ~~$705.00 for costs incurred in this action.~~

**The Motion for Default is GRANTED. The matter will be referred to the assigned magistrate judge for a damages inquest by separate order. The Clerk of Court is respectfully directed to terminate ECF No. 16.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: May 28, 2026
New York, New York